UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 14-14525-E
District Ct. Docket No.: 12-cv-22211-JLK

RAANAN KATZ,

    Appellant,

v.

IRINA CHEVALDINA,

    Appellee.

_____/

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Appellant, Raanan Katz, through undersigned counsel, and pursuant to FRAP 26.1 and 11th Cir. R. 26.1, hereby files his Certificate of Interested Persons and Corporate Disclosure Statement, stating as follows:

    **A.**    **CERTIFICATE OF INTERESTED PERSONS**

    1.    Robert Borrello J., former Attorney for Appellee;

    2.    Burton Firm (The), Attorney for Appellee;

    3.    Burton, Marc A., Attorney for Appellee;

    4.    Burton, Richard J., former Attorney for Appellee;

    5.    Chesal, Michael B., Attorney for Appellant

    6.    Chevaldina, Irina, Defendant/Appellee;

    7.    Coffey Burlington, former Attorney for Appellee;

8. Davis, Michael T., former Attorney for Appellee;

9. Delgado, Jorge R., Attorney for Appellant;

10. Kain & Associates, Attorneys at Law, P.A., former Attorney for Appellee;

11. Kain, Robert C., former Attorney for Appellee;

12. Katz, Raanan, Plaintiff/Appellant;

13. King, James L., United States District Judge, Southern District of Florida;

14. Kluger, Alan J., Attorney for Appellant;

15. Kluger, Kaplan, Silverman, Katzen & Levine, PL, Attorney for Appellant;

16. Kuehne, Benedict P., Attorney for Appellee;

17. Law Office of Benedict P. Kuehne, P.A., Attorney for Appellee;

18. Levine, Todd A., Attorney for Appellant;

19. Peretz, Chesal & Herrmann, PL, Attorney for Appellant;

20. Peter J. Solnick PA, Attorney for Appellee;

21. Randazza, Marc J., former Attorney for Appellee;

22. Solnick, Peter J., attorney for Appellee;

23. Russomanno & Borello PA, former Attorney for Appellee;

24. Russomanno, Herman J., former Attorney for Appellee;

25. Russomanno, Herman J. III, former Attorney for Appellee;

26. Saltz, Joshua E., Attorney for Appellant;

27. Spielman, Darren J., former Attorney for Appellee;

28. Zack, David J., former Attorney for Appellee;

**B.    CORPORATE DISCLOSURE STATEMENT**

Appellant, Raanan Katz, is an individual and accordingly is not required to make a Corporate Disclosure Statement.  To the best of our knowledge, there is no interested party that is a publicly traded corporation.

Submitted this **20th** day of October 2014 by:

> **KLUGER KAPLAN SILVERMAN KATZEN & LEVINE, P.L.**
> *Counsel for Appellant*
> 201 South Biscayne Blvd.,  27th Floor
> Miami, Florida  33131
> Telephone:  305-379-9000
> Facsimile:  305- 379-3428
>
> By:  /s Jorge R. Delgado
>      Alan J. Kluger
>      Florida Bar No. 200379
>       Email: akluger@ klugerkaplan.com
>      Todd A. Levine
>      Florida Bar No. 899119
>      Email:  tlevine@klugerkaplan.com
>      Jorge R. Delgado
>      Florida Bar No. 084118
>      Email:  jdelgado@klugerkaplan.com

3