UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 14-14525-E
District Ct. Docket No.:12-cv-22211-JLK

RAANAN KATZ,

      Appellant,

v.

IRINA CHEVALDINA,

      Appellee.

_____/

## APPELLEE'S NOTICE OF CORRECTIONS TO INITIAL APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENTS

Appellee, Irina Chevaldina, pursuant to FRAP 26.1 and 11th Cir. R. 26.1, hereby files this Notice, stating as follows:

Appellant's Certificate of Interested Persons and Corporate Disclosure Statement correct in part and incorrect in part. Paragraphs A. 2-3, 16-17, 20, 22 of Appellant's Certificate of Interested Persons and Corporate Disclosure Statement shall be changed from "Attorney for Appellee" to ""former Attorney for Appellee". Chevaldina, Irina, is a Defendant/Appellee; and the pro se in this litigation at this time.

      Mailed this **30th** day of October 2014 by:

By: _[signature]_
IRINA CHEVALDINA, Pro Se
1835 E.Hallandale Bch Blvd., #400
Hallandale Bch., FL 33009
ph 305-401-9822
irina.chevaldina@hotmail.com

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 14-14525-E
District Ct. Docket No.:12-cv-22211-JLK

RAANAN KATZ,

    Appellant,

v.

IRINA CHEVALDINA,

    Appellee.

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2014, a true and correct copy of foregoing Appellee's Notice of Corrections to Initial Appellant's Certificate of Interested Persons and Corporate Disclosure Statements with first class postage prepaid, has been deposited in the US mail and properly addressed to the persons whose names and addresses are listed below:

Alan J. Kluger, Esq.
Todd A. Levine, Esq.
Kluger, Kaplan, Silverman,
Katzen & Levine, P.L
201 S. Biscayne Blvd.
27th Floor, Miami Center
Miami, Florida 33131
Counsel for Appellant

By: _____
IRINA CHEVALDINA, Pro Se Appellee
1835 E.Hallandale Bch Blvd., #400
Hallandale Bch., FL 33009
ph 305-401-9822
irina.chevaldina@hotmail.com