Appeal No. 14-14525

_____

United States Court of Appeals
For The Eleventh Circuit

_____

Raanan Katz,

*Appellant*,

v.

Irina Chevaldina,

*Appellee*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**APPELLEE CHEVALDINA'S UNOPPOSED MOTION FOR AN EXTENSION TO FILE HER PRINCIPAL BRIEF**

Michael E. Rosman
CENTER FOR INDIVIDUAL RIGHTS
1233 20th St. NW, Suite 300
Washington, DC 20036
(202) 833-8400

Attorney For Appellee Irina Chevaldina

Certificate Of Interested Persons

1. Borrello, Robert, Trial Attorney for Defendant

2. Burton, Marc, Trial Attorney for Defendant

3. Burton, Richard, Trial Attorney for Defendant

4. The Burton Law Firm, Trial Attorneys for Defendant

5. Chesal, Michael B., Trial Attorney for Plaintiff

6. Chevaldina, Irina, Appellee

7. Coffey Burlington, Trial Attorneys for Defendant

8. Davis, Michael T., Trial Attorney for Defendant

9. Delgado, Jorge, R., Attorney for Appellant

10. Devoy, J. Malcolm, Trial Attorney for Defendant

11. Dmitrovsky, Susan, Trial Attorney for Defendant

12. Hajec, Christopher, Attorney for Appellee

13. Handelson, Erika, Trial Attorney for Defendant

14. Kain, Robert C., Trial Attorney for Defendant

15. Kain & Associates, P.A., Trial Attorneys for Defendant

16. Katz, Raanan, Appellant

17. King, James L., U.S. District Judge, S.D. Fla.

18. Kluger, Alan J., Attorney for Appellant

i

...

19. Kluger, Kaplan, Silverman, Katzen & Levine, PL, Attorneys for Appellant

20. Kuehne, Benedict P., Trial Attorney for Defendant

21. Law Offices of Benedict P. Kuehne, P.A., Trial Attorneys for Defendant

22. Levine, Todd A., Attorney for Appellant

23. McAliley, Chris M., U.S. Magistrate Judge, S.D. Fla

24. Peretz Chesal & Herrmann, PL, Trial Attorneys for Plaintiff

25. Randazza, Marc J., Trial Attorney for Defendant

26. Randazza Legal Group, Trial Attorneys for Defendant

27. Rosman, Michael E., Attorney for Appellee

28. Russomanno, Herman, Trial Attorney for Defendant

29. Russomanno & Borrello, PA, Trial Attorney for Defendant

30. Saltz, Joshua E., Trial Attorney for Plaintiff

31. Solnick, Peter J., Trial Attorney for Defendant

32. Spielman, Darren J., Trial Attorney for Defendant

33. Tamayo, Fernando, Trial Attorney for Defendant

34. Torres, Edwin G., U.S. Magistrate Judge, S.D. Fla.

35. Villa, Vanessa, Trial Attorney for Defendant

36.     Zack, David J., Trial Attorney for Defendant

None of the foregoing are publicly traded companies.

                              Respectfully submitted,

                              */s/ Michael E. Rosman*
                              Michael E. Rosman
                              CENTER FOR INDIVIDUAL RIGHTS
                              1233 20th St. NW Suite 300
                              Washington, DC 20036
                              (202) 833-8400

Appellee Irina Chevaldina hereby moves an additional two weeks of time to file her principal brief in opposition.  If granted, Chevaldina's brief will be due on May 1, 2015, with any additional appendix due seven days later.  Appellant's counsel has stated that appellant does not object to the relief sought in this motion.

In support of this motion, Chevaldina states as follows.

1.     In this civil matter, Plaintiff-Appellant Raanan Katz filed a notice of appeal on October 6, 2014, and this Court docketed the appeal the next day, on October 7, 2014.

2.     Katz's brief was initially due on December 1, 2014.  Katz filed a motion for an extension on November 14, 2014, and this Court granted that motion on November 25, 2014, extending Katz's time to file appellant's brief to January 15, 2015.  Katz filed an additional motion for an extension of time on December 19, 2014, seeking an extension of time to file his initial brief to February 16, 2015.  This Court granted that motion on December 23, 2014.

3.     Katz filed his initial brief on February 17, 2015.

4.     On February 23, 2015, Katz filed a motion for an extension to file the

appendix to February 27, 2015. This Court granted that motion on February 27, 2015, and Katz filed the five-volume appendix on the same day.

5.  At the outset of this appeal, Chevaldina represented herself *pro se*.

6.  On March 5, 2015, Chevaldina mailed a motion seeking an extension of time to file her brief until April 17, 2015. Chevaldina stated that she had just received the appendix two days earlier, and that she needed thirty days to retain counsel. This Court received Chevaldina's motion on March 9, 2013, and granted it on March 13, 2015.

7.  Shortly thereafter, the undersigned attorney was retained to represent Chevaldina on appeal. He did not represent Chevaldina in this matter prior to being retained.

8.  Although the undersigned attorney has diligently worked on this matter since being retained, the record is quite large (as reflected by the five-volume appendix). In addition, he has had several other clients whose needs he has had to attend to during this time period, and that he has been taking some time off for the ongoing Jewish holiday of Passover. Accordingly, the undersigned counsel will need an additional two weeks to file a brief that adequately addresses

2

the issues raised in Katz's initial brief and properly represents Chevaldina's interests.

For the foregoing reasons, Chevaldina's motion for a two-week extension of time to file her opposing brief should be granted.

                                                                  */s/ Michael E. Rosman*
                                                                  Michael E. Rosman
                                                                  CENTER FOR INDIVIDUAL RIGHTS
                                                                  1233 20th St. NW, Suite 300
                                                                  Washington, DC 20036
                                                                  (202) 833-8400

                                                                  Attorney For Appellee Chevaldina

<u>Certificate of Service</u>

I certify that on April 8, 2015, I served a copy of this motion to the following individual through the Court's ECF/CM system.

Alan Kluger
Kluger Kaplan
201 South Biscayne Blvd., 27th Floor
Miami, FL 33131

                                                */s/ Michael E. Rosman*
                                                Michael E. Rosman